UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
# SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No. | 15-214-MV | USA vs. | Viarrial |
| Date: | January 26, 2017 | Name of Deft: | Gerald James Viarrial |
| Before the Honorable | | Martha Vázquez | |

| | | | |
|---|---|---|---|
| Time In/Out: | 9:45 a.m. / 11:20 A.M. | Total Time in Court (for JS10): | 1 hour, 35 minutes |
| Clerk: | Linda Romero | Court Reporter: | Carmela McAlister |
| AUSA: | Kyle Nayback, Novaline Wilson | Defendant's Counsel: | Stephen Aarons |
| Sentencing in: | Santa Fe, New Mexico | Interpreter: | |
| Probation Officer: | Kara Thomas | Sworn? Yes | No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Convicted on: | | Plea | **X** Verdict | As to: | Information | **X** | Indictment |
| If Plea: | | Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | | | |
| If Plea Agreement: | | Accepted | Not Accepted | No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | 12/16/15 | | | PSR: | Not Disputed | **X** | Disputed |
| PSR: | **X** | Court Adopts PSR Findings | | Evidentiary Hearing: | **X** Not Needed | | Needed |
| Exceptions to PSR: | | | | | | | |

## SENTENCE IMPOSED

Imprisonment (BOP): 120 months each as to Counts 1, 2, 3, and 6, to be run concurrently; and 120 months as to Count 5, to be run consecutive to the term imposed for Counts 1, 2, 3, and 6; for a **total term of imprisonment of 240 months**.

| Supervised Release: | 3 years each as to Counts 1, 2, 3, and 6, and 5 years as to Count 5, all to be run concurrent, for a total term of supervised release of 5 years | Probation: | | **X** 500-Hour Drug Program |
|---|---|---|---|---|

Court recommends ICE begin removal proceedings immediately or during service of sentence | ICE not applicable

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for _____ months _____ days |
| **X** | Substance abuse testing | **X** | Community service for 100 hours |
| **X** | Substance abuse treatment program | **X** | Reside residential reentry center 6 months |
| **X** | Mental health treatment program | | Register as sex offender |
| **X** | No alcohol/intoxicants | | Participate in sex offender treatment program |
| **X** | Submit to search of person/property | | Possess no sexual material |
| **X** | No contact with victim(s) and/or co-Deft(s) | | No computer with access to online services |
| | No entering, or loitering near, victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| **X** | Community based program for anger management | | Restricted from occupation with access to children |
| **X** | No psychoactive substances | | No loitering within 100 feet of school yards |
| OTHER: | | | |

| | | | | |
|---|---|---|---|---|
| Fine: | $ **0** | | Restitution: $ | **0** |
| SPA: | $ 400 | ($100 as to each Count) | Payment Schedule: | **X** Due Imm. / Waived |
| OTHER: | | | | |
| **X** | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement | |
| **X** | Held in Custody | | Voluntary Surrender | |
| **X** | Recommended place(s) of incarceration: | | Court recommends that the defendant NOT be placed in the Phoenix BOP facility or FCI La Tuna. | |

| | UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO **SENTENCING MINUTE SHEET** |
|---|---|
| Dismissed Counts: | |
| OTHER COMMENTS | Court addresses defendant.   Defense counsel addresses Court, requests that the Court recommend the 500 RDAP program and that he not be placed in the Phoenix BOP facility or La Tuna BOP facility.   Defense counsel introduces family members present in the courtroom.   Defendant addresses Court.   Government counsel addresses Court.   Court addresses defendant and imposes sentence. |